# EXHIBIT 1

Int. Cl.: 20

Prior U.S. Cl.: 50

**United States Patent and Trademark Office**

Reg. No. 1,268,002
Registered Feb. 21, 1984

**TRADEMARK**
Principal Register

**TANGLE**

Richard E. Zawitz (United States citizen), d.b.a. Tangle Associates
505 5th St.
San Francisco, Calif. 94107

For: KINETIC SCULPTURAL WORK OF ART CONSISTING OF PLASTIC, in CLASS 20 (U.S. Cl. 50).
First use Aug. 1982; in commerce Aug. 1982.

Ser. No. 401,529, filed Nov. 3, 1982.

JAMES H. JOHNSON, Examining Attorney

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Details

**Reel/Frame:** 0692/0200     **Pages:** 0

**Recorded:** 02/13/1990

**Conveyance:** NUNC PRO TUNC ASSIGNMENT 19831130

**Total properties:** 1

| 1 | **Serial #:** 73401529 | **Filing Dt:** 11/03/1982 | **Reg #:** 1268002 | **Reg. Dt:** 02/21/1984 |

**Mark:** TANGLE

## Assignor

1    ZAWITZ, RICHARD E.

**Exec Dt:** 02/08/1990
**Entity Type:** UNKNOWN
**Citizenship:** NONE

## Assignee

1    TANGLE INC.
P.O. BOX 77524
SAN FRANCISCO, CALIFORNIA 94107

**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

### Correspondence name and address

FLEIT, JACOBSON, COHN, PRICE,
HOLMAN & STERN, SIMOR L. MOSKOWITZ
THE JENIFER BUILDING
400 SEVENTH STREET, N.W.
WASHINGTON, DC 20004

Search Results as of: 05/09/2019 02:09 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |